IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE PATRICIA GRAY          :          CIVIL ACTION
                             :
                             :          NO. 13-2037

**ORDER**

**AND NOW**, this 17th day of September, 2013, upon consideration of the Bankruptcy Court Order dated February 6, 2013, the Brief of Appellant (Docket No. 3), the Brief of Appellee (Docket No. 6), the Reply Brief of Appellant (Docket No. 7), and the designated record for appeal, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Bankruptcy Court's February 6, 2013 Order is **AFFIRMED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.